IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC.,<br>111 East 18th Street, 13th Floor<br>New York, NY 10010<br><br>   **Plaintiff,**<br><br>   v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>**NATIONAL INSTITUTES OF HEALTH,**<br>9000 Rockville Pike<br>Bethesda, MD 20892<br><br>   **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff BUZZFEED INC., brings this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") and its component NATIONAL INSTITUTES OF HEALTH ("NIH") to produce records pertaining to the use of "humanized" mice in a COVID-19 research project.

## PARTIES

2. Plaintiff BUZZFEED INC., is a media organization with its principal place of business in New York, NY, and offices in Los Angeles, CA, and elsewhere. BUZZFEED made the FOIA request at issue in this case.

3. Defendant DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant NATIONAL INSTITUTES OF HEALTH ("NIH") is a component of HHS, a federal agency, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 24, 2020 FOIA REQUEST

7. On March 24, 2020, BUZZFEED submitted a FOIA request to NIH for the following records:

> Access to and copies of all communications, memos, or other records, including instant messages, to and from both Kim J. Hasenkrug, Ph.D., and Ken Pekoc of the NIAID / RML facility from December 31, 2019 to the present date, March 24, 2020, regarding: the use of "humanized" mice in Dr. Hasenkrug's lab to research the novel coronavirus reported by China to the WHO on the first day of this request, first called 2019 novel coronavirus (2019-nCoV) and later SARS-CoV-2 by WHO. Any requests from news outlets for comment on his lab's research in connection with the novel coronavirus, and responses involving these requests.

Exhibit A.

8. On April 6, 2020, BUZZFEED amended the scope of the request and sought "copies of all communications, memos, or other records, including instant messages, to and from both Kim J. Hasenkrug, Ph.D., and Ken Pekoc of the NIAID / RML facility from December 31, 2019 to the present date, April 6, 2020, regarding any requests from news outlets for comment on his lab's research in connection with the novel coronavirus, and responses involving these requests." Exhibit B.

9. Upon information and belief, NIH researcher Kim Hasenkrug was blocked by NIH from conducting COVID-19 research on mice transplanted by human fetal tissue.

10. Because of the public interest in timely release of this information, BUZZFEED requested expedited processing of the request. Exhibit A and B.

11. On April 6, 2020, Defendants acknowledged receipt of the original and amended request, assigned reference number 53794 to the matter, and granted expedited processing. Exhibit C.

12. After a series of communications and requests by BUZZFEED for an estimated completion date, NIH informed BUZZFEED on August 18, 2020, that there was "one more stakeholder" who needed to "review the entire collection" and promised to provide a final response after that review was completed. Exhibit D at 3.

13. In response to BUZZFEED's request for a status update, Defendants stated the following on October 7, 2020: "The stakeholder has not yet responded to our consultation. I'm not aware of their workflow and cannot tell when they will reply. However, I have emailed them again to try and prompt their response." Exhibit D at 2.

14. On October 12, 2020, BUZZFEED asked for another status update and expressed its intention to file suit in the near future if Defendants do not issue a determination by October 19, 2020. Exhibit D at 2.

15. On October 13, 2020, Defendants merely repeated its previous statement: "We are still pending to receive a response from HHS to our consultation. When that happens, the entire collection of records requires review from another stakeholder. Once that is completed, we will then be able to provide you with a final response." Exhibit D at 1.

16. As of the date of this filing, Defendants have not issued a determination and have not produced any records. Nor have Defendants complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

## COUNT I – DEFENDANTS' FOIA VIOLATION

17. The above paragraphs are incorporated herein.

18. HHS and NIH are federal agencies, subject to FOIA.

19. The requested records are not exempt under FOIA.

20. HHS and NIH have not complied with FOIA.

**WHEREFORE**, BUZZFEED asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award BUZZFEED INC., attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: October 19, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff
BUZZFEED

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com