# BuzzFeed NEWS

111 E. 18th Street 13th Floor **New York, NY 10003**

Dan Vergano
Science Reporter
BuzzFeed News
1630 Connecticut Ave.
7th Floor
Washington, DC 20009
703-725-7908

FOIA Officer
Department of Health and Human Services
National Institutes of Health
31 Center Drive, MSC 2107
Building 31, Room 5B35
Bethesda, MD 20892
(301) 496-5633

March 24, 2020

       **FOIA REQUEST**

       **Fee waiver requested**

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of all communications, memos, or other records, including instant messages, to and from both Kim J. Hasenkrug, Ph.D., and Ken Pekoc of the NIAID / RML facility from December 31, 2019 to the present date, March 24, 2020, regarding:

— the use of "humanized" mice in Dr. Hasenkrug's lab to research the novel coronavirus reported by China to the WHO on the first day of this request, first called 2019 novel coronavirus (2019-nCoV) and later SARS-CoV-2 by WHO.

— any requests from news outlets for comment on his lab's research in connection with the novel coronavirus, and responses involving these requests.

Exhibit A

**BuzzFeedNEWS**
111 E. 18th Street 13th Floor **New York, NY** 10003

I would like to receive the information in electronic format, preferably a machine readable PDF or XML file or files.

I agree to pay reasonable fees for the processing of this request up to $25. Please notify me before incurring any expenses in excess of that amount.

Fee Categorization

For fee categorization purposes, I am a representative of the news media. Through this request, I am gathering information for my journalistic work with BuzzFeed News. BuzzFeed News is a worldwide news outlet with millions of readers and a noteworthy record of successful FOIA lawsuits. Accordingly, I am only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A)(ii)(II); id. § 552(a)(4)(A)(iv)(II).

Request for Fee Waiver

Please waive any applicable fees. Release of the information is not primarily in my commercial interest and will contribute significantly to public understanding of government operations and activities. 5 U.S.C. § 552(a)(4)(A)(iii). Dr. Hasenkrug's research could potentially help develop treatments for a worldwide pandemic, but is reportedly blocked by political appointees, so these records should contribute significantly to taxpayers understanding of the these particular government activities and operations.

Request for Expedited Processing

Please provide expedited processing of this request which concerns a matter of urgency. As a science reporter, I am primarily engaged in disseminating information. The public has an urgent need for information about research that may lead to treatments for the novel coronavirus because the outbreak is currently ongoing, and has killed 674 US citizens so far, with projections from epidemiologists showing it will kill hundreds of thousands if unchecked by research like Dr. Hasenkrug's work.

Failure to assign expedited request status to this request will rob the public of knowing in a timely way — while the outbreak is occurring — about a matter that is killing hundreds of their fellow citizens every day.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

Conclusion

**BuzzFeedNEWS**
111 E. 18th Street 13th Floor New York, NY 10003

If my request is denied in whole or part, please justify all withholdings by reference to specific exemptions and statutes, as applicable. For each withholding please also explain why your agency "reasonably foresees that disclosure would harm an interest protected by an exemption" or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8)(A)(i).

I would appreciate your communicating with me by email or telephone, rather than by mail.

I look forward to your determination regarding my request for expedited processing within 10 calendar days, as the statute requires.

Thank you in advance for your assistance.

Sincerely,


Dan Vergano

dan.vergano@buzzfeed.com